UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WM. MICHAEL BOES,<br><br>Plaintiff,<br>v.<br>WASHOE COUNTY,<br><br>Defendant. | Case No. 3:20-cv-00126-MMD-WGC<br><br>ORDER |

The complaint in this action was filed on February 24, 2021. (ECF No. 4.) The Court issued a notice of intent to dismiss Washoe County pursuant to Fed. R. Civ. P. 4(m) unless proof of service is filed by September 2, 2021. (ECF No. 10.) To date, no such proof of service has been filed. Accordingly, it is ordered that the claims against Washoe County are dismissed without prejudice. As Washoe County is the only named Defendant in this case, it is further ordered that the Clerk of Court close this case.

DATED THIS 8th Day of September 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE